THE PEOPLE OF THE STATE OF NEW YORK ex rel. HAROLD S. GLENDENING, Appellant and Respondent, *v.* ALICIA M. GLENDENING, Respondent and Appellant.

Argued September 30, 1940; decided October 18, 1940.

*Paul W. Williams, Fred J. Knauer* and *Loftus Becker* for relator, appellant and respondent.

*John W. Davis, Bernard Hershkopf* and *Frieda B. Hennock* for defendant, respondent and appellant.

Order affirmed, without costs; no opinion.

Concur: FINCH, RIPPEY, SEARS and CONWAY, JJ. Dissenting: LEHMAN, Ch. J., LOUGHRAN and LEWIS, JJ.